OLIVER, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P66/110.**—James G. Wiley and Alberto Bufalini v. United States, protest 61/6327 (Los Angeles).

NICHOLS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of polished marble slabs similar in all material respects to those the subject of *Selectile Co., Inc.* v. *United States* (54 Cust. Ct. 30, C.D. 2504), the claim of the plaintiffs was sustained.

**No. P66/111.**—Weather-Rite Sportswear Co., Inc. v. United States, protests 61/14790, etc. (New York).

NICHOLS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 21, 1966

**No. P66/112.**—Lansen-Naeve Corp. v. United States, protests 61/19601, etc. (New York).

**No. P66/113.**—Shigoto International Corp. v. United States, protests 63/7348(B), etc. (San Francisco).

**No. P66/114.**—Shigoto International Corp. v. United States, protests 64/7963, etc. (Philadelphia).

OLIVER, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.

**No. P66/115.**—Williams & Rosenbaum, Inc. v. United States, protest 65/9640 (Boston).